# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0442
_____

RAMON A. PERSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Belated Appeal—Original Proceedings.

June 18, 2026

PER CURIAM.

DENIED.

LEWIS, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ramon A. Person, pro se, Petitioner.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Respondent.